1   STEPHANIE M. HINDS (CABN 154284)
2   Acting United States Attorney

3   HALLIE HOFFMAN (CABN 210020)
    Chief, Criminal Division

4   ELISE LAPUNZINA (NYBN 2540730)
    Assistant United States Attorney
5
6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-6878
        FAX: (415) 436-7234
        Elise.LaPunzina@usdoj.gov
8
9   Attorneys for United States of America

```
                        FILED

                     Apr 27 2021

                 SUSAN Y. SOONG
           CLERK, U.S. DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA
                    OAKLAND
```

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )   Case No.  4:21-CR-0171-JST
                                       )
14          Plaintiff,                 )   MOTION AND [~~PROPOSED~~] ORDER
                                       )   FOR SUMMONS
15          v.                         )
                                       )
16  BRANDON WADE LITTLEFIELD,          )
                                       )
17          Defendant.                 )
    _____)
18

19
20          The government requests under Federal Rule of Criminal Procedure 58(d)(3) that the

21  Court issue a summons for defendant Brandon Wade Littlefield. The facts set forth in the

22  attached declaration demonstrate probable cause that the defendant committed the crime charged

23  in the Information filed in the above-captioned matter.

24  //

25  //

26  //

27  //

28  //

MOTION FOR SUMMONS
AND [~~PROPOSED~~] ORDER          1

1       A summons commanding the defendant to appear to answer the Information that has been

2   filed by the United States Attorney is therefore appropriate.

3                                       Respectfully submitted,

4                                       STEPHANIE M. HINDS
                                        Acting United States Attorney
5

6   Dated: April 26, 2021               _____/s/_____
                                        ELISE LAPUNZINA
7                                       Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR SUMMONS
AND [PROPOSED] ORDER              2

1

## **PROPOSED ORDER**

2  Having reviewed the Declaration of IRS Special Agent Christine Stegner, the Court finds that

3  probable cause exists to believe that the offense charged in the Information filed in the above-

4  captioned matter was committed and that Defendant committed it.  Accordingly, pursuant to Fed.

5  R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the

6  defendant Brandon Wade Littlefield, to appear on May 4, 2021, at 1:00 p.m. before Magistrate

7  Judge Kandis A. Westmore to answer the Information that has been filed by the United States

8  Attorney.

9

10  **IT IS SO ORDERED.**

11

12  Dated: _____April 27, 2021_____        _____

13                                              HON. JUDGE ROBERT M. ILLMAN
                                                United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR SUMMONS
AND [PROPOSED] ORDER               3