```
 1  STEPHANIE M. HINDS (CABN 154284)
    Acting United States Attorney
 2
    HALLIE HOFFMAN (CABN 210020)
 3  Chief, Criminal Division

 4  ELISE LAPUNZINA (NYBN 2540730)
    Assistant United States Attorney
 5
         450 Golden Gate Avenue, Box 36055
 6       San Francisco, California 94102-3495
         Telephone: (415) 436-6878
 7       FAX: (415) 436-7234
         Elise.LaPunzina@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 21-00171 JST |
|---|---|
| Plaintiff, | ) STIPULATION TO EXCLUDE TIME FROM MAY 28, 2021, TO JULY 2, 2021, AND [PROPOSED] ORDER |
| v. | ) |
| BRANDON LITTLEFIELD, | ) |
| Defendant. | ) |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant BRANDON LITTLEFIELD, that time be excluded under the Speedy Trial Act from May 28, 2021, through July 2, 2021.

At the first appearance before this Court which was held on May 28, 2021, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could review discovery, and for continuity of counsel. For these reasons and as further stated on the record at the initial appearance, the parties stipulate and agree that excluding time until July 2, 2021 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from May 28, 2021, through July 2, 2021, from computation under the Speedy Trial Act outweigh the best interests of the

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 21-00171 JST                                                                 v.

public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: June 9, 2021            /s/ Elise LaPunzina
                                         ELISE LAPUNZINA
                                         Assistant United States Attorney

DATED: June 9, 2021            /s/ Joyce Leavitt
                                         JOYCE LEAVITT
                                         Counsel for Defendant LITTLEFIELD

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on May 28, 2021, and for good cause shown, the Court finds that failing to exclude the time from May 28, 2021, through July 2, 2021, would unreasonably deny the parties continuity of counsel, and would deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from May 28, 2021, to July 2, 2021, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 28, 2021, through July 2, 2021, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____                  _____
                                                              HON. JON S. TIGAR
                                                              United States District Judge