Coyle Prendiville, Inc.
914 E. Providencia Ave.
Burbank, CA  91501

June 13, 2021

Department of Justice
Victim.assistanceNDCA@usdoj.gov

RE:  Brandon Littlefield Case 1000296781





21-CR- 171-JST

Dear Victim Witness Specialist:



We, the undersigned, Julie Prendiville Roux and Christine Coyle Johnson, are co-owners and partners in Coyle Prendiville, Inc., a small advertising agency.

On 12/31/15, Brandon Littlefield withdrew $46,456.16 from our business bank account to pay our 2015 federal taxes. Rather than make our tax payment, Mr. Littlefield stole our money. We did not find out about Mr. Littlefield's thievery until February, 2020, the beginning of the pandemic.

Since that date, we have been trying, without success, to reconcile our 2015 tax issue with the IRS.  The original amount of $46,456.16 has grown to over $65,000 due to penalties and interest we are being charged unfairly, because of his malicious actions. The interest and penalties continue to grow.

**Sentencing:**
Mr. Littlefield's potential plea deal is to serve 3 years.  We feel like we have been "in jail" for 5 ½ years. He has impacted our livelihood and well-being.  He should receive a sentence exceeding 3 years.

**Probation:**
Whatever his sentence, Mr. Littlefield should serve every day, not be released for "good behavior". His behavior thus far has shown that he is a bad actor, no matter how he behaves incarcerated. We, the victimized, should be notified of any early release so we can voice our objections.

**Restitution:**
How do we get our money back? How is restitution handled?  If he files bankruptcy, what happens to our money, and the funds of all the victims?

Our understanding is that when probation ends, restitution ends or the case changes to a civil status. Mr. Littlefield's requirement for restitution should be extended for as long as possible.

**Additional Help:**
We have attended the Zoom hearings, and it appears that there are over 100 victims of Mr. Littlefield's malfeasance. We assume that many, if not all, are having issues dealing with the IRS over this unusual set of circumstances.

We have spent countless hours writing letters explaining our situation, which have been both mailed and faxed, and calling a phone number the IRS provided to connect with a business examiner. But each phone has connected us to a representative who deals with personal tax issues exclusively, not business matters.

We have followed up with yet more letters explaining the issue and requesting a conversation with a business representative, and the correct contact information. We then receive an answer some 45 days later, stating that we owe yet more money, as the interest and penalties pile on, and offering no appropriate contact information.

**We request an IRS advocate to help us navigate the ongoing issues with the IRS.**

We received notification of taxes not being paid just as we headed into 2020's lost year of the pandemic. Our business almost folded. We received no PPE funds. We are not sure we can even make our way back.

We paid our federal taxes on time. Penalties and interest charges continue with no end in sight. We don't have the funds to pay the amount due. This has been a financial and emotional nightmare for over 5 ½ years. Mr. Littlefield's consequences should reflect that. As he clearly has no moral compass, perfectly willing to take hard-earned funds from small businesses, we would hope he would at least suffer commensurately.

Sincerely,

*[signatures]*

Christine Coyle Johnson
Julie Prendiville Roux

CC: District Judge Jon S. Tigar

Coyle Prendiville, Inc
914 E. Providencia Ave
Burbank, CA 91501

SANTA CLARITA CA 913
15 JUN 2021 PM 6 L

District Judge Jon S. Tigar
Ronald V. Dellums Federal Building
and United States Courthouse

Courtroom 6
2ND FLOOR
1301 Clay Street
Oakland, CA 94612

94612—520001