GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California
JOYCE LEAVITT
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Cellular telephone:   (415) 517-4879
Email:          Joyce_Leavitt@fd.org

Counsel for Defendant LITTLEFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 21–0171 JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA TO JULY 23, 2021** |
| v. | |
| BRANDON LITTLEFIELD, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties to this action that the change of plea hearing for defendant Brandon Littlefield, currently scheduled for July 2, 2021, before Honorable Jon S. Tigar, be continued to Friday, July 23, 2021, at 9:30 a.m. for change of plea. The reason for the request is that the parties have finalized the plea agreement but defense counsel needs additional time to review the discovery, as well as the plea agreement and guidelines with Mr. Littlefield. The continuance is sought under the Speedy Trial Act. The parties agree and stipulate that the time until July 23, 2021, should be excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation of counsel because the ends of justice served by the granting of the continuance

outweigh the best interests of the public and the defendant in a speedy and public trial to enable counsel to meet with Mr. Littlefield and review the discovery, plea agreement and guidelines, and ensure that all of his questions are answered.

IT IS SO STIPULATED.

Dated: June 29, 2021

GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California

/S/
JOYCE LEAVITT
Assistant Federal Public Defender

Dated: June 29, 2021

STEPHANIE M. HINDS
Acting United States Attorney
Northern District of California

/S/
ELISE LAPUNZINA
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> BRANDON LITTLEFIELD, <br> Defendant. | Case No.: CR 21–0171 JST <br><br> **[PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA TO JULY 23, 2021** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea hearing for defendant Brandon Littlefield currently scheduled for July 2, 2021, before Honorable Jon S. Tigar, is hereby continued to Friday, July 23, 2021, at 9:30 a.m. for change of plea.

IT IS FURTHER ORDERED that the time until July 23, 2021, is hereby excluded from the Speedy Trial Act, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation taking into account due diligence so that defense counsel can meet with Mr. Littlefield to review the discovery, plea agreement and guidelines, and ensure that his questions are answered.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. JON S. TIGAR
United States District Judge