STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ADAM REEVES (NYBN 2363877)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Adam.Reeves@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-00171 |
| Plaintiff, | NOTICE OF SUBSTITUTION OF COUNSEL |
| v. | |
| BRANDON WADE LITTLEFIELD, | |
| Defendant. | |

    The United States Attorney's Office hereby files this Notice of Substitution of Counsel to advise the Court that Assistant United States Attorney Adam Reeves appears in this matter in substitution of AUSA Elise LaPunzina. Future ECF notices should be sent to Assistant United States Attorney Reeves with the following contact information:

    AUSA Adam Reeves
    U.S. Attorneys Office Northern District of California
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Email: Adam.Reeves@usdoj.gov

1  AUSA Elise LaPunzina should be removed from the list of persons to be noticed.

3  DATED: September 15, 2021                     Respectfully submitted,

                                                 STEPHANIE M. HINDS
                                                 Acting United States Attorney


                                                 /s/ Adam Reeves
                                                 ADAM REEVES
                                                 Assistant United States Attorney