```
1    GEOFFREY A. HANSEN
     Acting Federal Public Defender
2    Northern District of California
     JOYCE LEAVITT
3    Assistant Federal Public Defender
     13th Floor Federal Building - Suite 1350N
4    1301 Clay Street
     Oakland, CA 94612
5    Telephone:   (510) 637-3500
     Cellular telephone:   (415) 517-4879
6    Email:       Joyce_Leavitt@fd.org

7
8    Counsel for Defendant LITTLEFIELD
9
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | **Case No.:** CR 21–0171 JST |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING TO MARCH 25, 2022** |
| v. | |
| BRANDON LITTLEFIELD, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action that the sentencing for defendant Brandon Littlefield currently scheduled for Friday, January 28, 2022, before Honorable Jon S. Tigar, be continued to Friday, March 25, 2022, at 9:30 a.m. for sentencing. The reason for the request is that counsel for Mr. Littlefield needs additional time to respond to the draft Presentence Report and prepare for sentencing and March 25, 2022, is the first date available that works for all parties. Undersigned counsel has contacted United States Probation Officer Khaminh Huynh who is available for sentencing, should the Court continue the date via zoom to Friday, March 25, 2022, at 9:30 a.m.

|   |   |
|---|---|
|   | IT IS SO STIPULATED. |

Dated: January 11, 2022

GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California

/S/
JOYCE LEAVITT
Assistant Federal Public Defender

Dated: January 11, 2022

STEPHANIE M. HINDS
United States Attorney
Northern District of California

/S/
ADAM REEVES
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRANDON LITTLEFIELD,<br><br>    Defendant. | **Case No.:** CR 21–0171 JST<br><br>[PROPOSED] **ORDER TO CONTINUE SENTENCING TO MARCH 25, 2022** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing for defendant Brandon Littlefield currently scheduled for Friday, January 28, 2022, at 9:30 a.m., before Honorable Jon S. Tigar, is hereby continued to Friday, March 25, 2022, at 9:30 a.m. for sentencing.

**IT IS SO ORDERED.**

Dated:    January 11, 2022

                                              HON. JON S. TIGAR
                                              United States District Judge