JODI LINKER
Federal Public Defender
Northern District of California
JOYCE LEAVITT
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:      (510) 637-3500
Cellular telephone:   (415) 517-4879
Email:          Joyce_Leavitt@fd.org

Counsel for Defendant LITTLEFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 21–0171 JST |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING TO APRIL 8, 2022 |
| v. | |
| BRANDON LITTLEFIELD, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action that the sentencing for defendant Brandon Littlefield currently scheduled for Friday, March 25, 2022, before Honorable Jon S. Tigar, be continued to Friday, April 8, 2022, at 9:30 a.m. via zoom for sentencing. The reason for the request is that counsel for Mr. Littlefield needs additional time to meet with Mr. Littlefield and prepare for sentencing. Undersigned counsel has contacted United States Probation Officer Khaminh Huynh regarding the new date and is available and has no objection, should the Court continue the sentencing date via zoom to Friday, April 8, 2022, at 9:30 a.m.

|   |   |
|---|---|
|   | IT IS SO STIPULATED. |

Dated:    March 15, 2022

JODI LINKER
Federal Public Defender
Northern District of California

            /S/
JOYCE LEAVITT
Assistant Federal Public Defender

Dated:    March 15, 2022

STEPHANIE M. HINDS
United States Attorney
Northern District of California

            /S/
ADAM REEVES
Assistant United States Attorney

STIP & [PROPOSED] ORDER RE: SENTENCING TO 4/08/22
*LITTLEFIELD*, CR 21–0171 JST

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRANDON LITTLEFIELD,<br><br>    Defendant. | **Case No.:** CR 21–0171 JST<br><br>[~~PROPOSED~~] ORDER TO CONTINUE SENTENCING TO APRIL 8, 2022 |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing for defendant Brandon Littlefield currently scheduled for Friday, March 25, 2022, at 9:30 a.m., before Honorable Jon S. Tigar, is hereby continued to Friday, April 8, 2022, at 9:30 a.m. via zoom for sentencing.

**IT IS SO ORDERED.**

Dated:   March 15, 2022

_____
HON. JON S. TIGAR
United States District Judge