UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON WADE LITTLEFIELD,<br><br>Defendant. | Case No. 21-cr-00171-JST-1<br><br>**ORDER RE VICTIM IMPACT STATEMENTS** |

The United States Attorney's Office has notified the Court that up to 15 victims of the Defendant's criminal conduct wish to address the Court at tomorrow's sentencing hearing. The Court will allocate one hour to hear oral victim impact statements. Thus, for example, if all 15 persons expressing interest in addressing the Court actually do so, each will be limited to a maximum of four minutes; if 12 persons address the Court, each will be limited to a maximum of five minutes; and so forth. These time limits are necessary to allow the Court to complete its criminal calendar in the allotted time. The Court notes that many victims have also submitted written victim impact statements, which the Court has reviewed carefully.

**IT IS SO ORDERED.**

Dated: April 7, 2022

_____
JON S. TIGAR
United States District Judge